## CHAPTER 13 CONFIRMATION REPORT

Debtor Name: Donald E. Chasteen

Case No. 15-70533

Attorney for Debtor present: Yes

Appearances at First Meeting: None

**Trustees Recommendation:**

☐ Confirm _____ Plan as filed: Enter text order if no creditor objections are filed

☐ Confirm _____ Plan with the following changes: Increase the plan payments to _____

☐ Amended Plan to be filed within ____ days.

☐ Request for Confirmation Hearing because _____

☐ Request Valuation Hearing

☑ Other: Debtor did not appear. 341 meeting has been rescheduled for Thursday, December 17, 2015 at 9:45 A.M. in Decatur.

/s/ John H. Germeraad

John H. Germeraad, Chapter 13 Trustee

Date: 10/22/2015

_____
Attorney for Debtor(s) or Debtor(s)

Date: _____