# CHAPTER 13 CONFIRMATION REPORT

Debtor Name: Donald E. Chasteen

Case No. 15-70533

Attorney for Debtor present: Yes

Appearances at First Meeting: None

**Trustees Recommendation:**

☐ Confirm _____ Plan as filed: Enter text order if no creditor objections are filed

☐ Confirm _____ Plan with the following changes: Increase the plan payments to

☑ Amended Plan to be filed within 28 days.

☐ Request for Confirmation Hearing because _____

☐ Request Valuation Hearing

☑ Other: 21 days for 2012 State tax return.

/s/ John H. Germeraad            Date: 12/17/2015
John H. Germeraad, Chapter 13 Trustee

_____            Date: _____
Attorney for Debtor(s) or Debtor(s)